## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

     v.

MICHAEL JAMES BROOKS,

    Petitioner

: No. 322 WAL 2020
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

     v.

MICHAEL JAMES BROOKS,

    Petitioner

: No. 323 WAL 2020
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:

## ORDER

**PER CURIAM**

  **AND NOW**, this 30th day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.